UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE MAPANDA, et al., | Case No. 1:20-cv-01676-EPG |
| Plaintiffs, | |
| v. | ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER |
| MARK EDWARD KUHN, et al., | |
| Defendants. | (ECF Nos. 12, 16) |

Having considered the parties' stipulation (ECF No 16), IT IS HEREBY ORDERED that the Scheduling Order (ECF No. 12) is modified and the non-expert discovery deadline is extended to February 28, 2022. All other deadlines in the Scheduling Order remain as previously set.

IT IS SO ORDERED.

Dated:   **February 2, 2022**         /s/ Erica P. Grosjean
                                                             UNITED STATES MAGISTRATE JUDGE

1