UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE MAPANDA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARK EDWARD KUHN, *et al*, <br><br> Defendants. | Case No. 1:20-cv-01676-EPG <br><br> ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE <br><br> (ECF No. 24) |

On September 30, 2022, the parties filed a joint stipulation for dismissal with prejudice with each party to bear its own costs, expenses, and attorneys' fees. (ECF No. 24). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **October 3, 2022**                  /s/ *Erica P. Grosjean*
                                              UNITED STATES MAGISTRATE JUDGE

1